NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE, INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**EASTMAN KODAK COMPANY,**
*Intervenor.*

---

2011-1592

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-717.

---

**ON MOTION**

---

**O R D E R**

Eastman Kodak Company moves without opposition for leave to intervene. Separately, Apple Inc. moves for a 14-day extension of time, until Jan 17, 2012, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

**DEC 0 8 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Brian E. Ferguson, Esq.
Panyin A. Hughes, Esq.
Alan L. Barry, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 0 8 2011**

**JAN HORBALY**
**CLERK**